**Transfers from Top Line Granite Design, Inc. to Jeanne D'Arc Credit Union within 1 year of Petition Date**

| Date | Amount |
|---|---|
| 4/12/2021 | $1,503.72 |
| 4/15/2021 | $3,500.00 |
| 4/16/2021 | $4,000.00 |
| 4/28/2021 | $3,747.20 |
| 5/11/2021 | $1,503.72 |
| 5/24/2021 | $3,000.00 |
| 5/26/2021 | $4,000.00 |
| 5/27/2021 | $4,247.20 |
| 6/1/2021 | $3,000.00 |
| 6/1/2021 | $1,503.72 |
| 6/7/2021 | $2,500.00 |
| 6/9/2021 | $2,600.00 |
| 6/11/2021 | $3,147.20 |
| 7/6/2021 | $4,547.20 |
| 7/6/2021 | $1,503.72 |
| 7/16/2021 | $2,200.00 |
| 7/20/2021 | $2,500.00 |
| 7/26/2021 | $2,000.00 |
| 8/6/2021 | $1,503.72 |
| 8/18/2021 | $3,000.00 |
| 8/23/2021 | $3,000.00 |
| 8/25/2021 | $2,800.00 |
| 8/27/2021 | $2,447.20 |
| 9/9/2021 | $1,503.72 |
| 9/15/2021 | $2,000.00 |
| 9/17/2021 | $2,100.00 |
| 9/22/2021 | $2,300.00 |
| 9/24/2021 | $2,400.00 |
| 9/30/2021 | $2,447.20 |
| 10/11/2021 | $1,503.72 |
| 10/20/2021 | $2,500.00 |
| 10/22/2021 | $2,500.00 |
| 10/26/2021 | $2,800.00 |
| 10/29/2021 | $3,447.20 |
| 11/11/2021 | $1,503.72 |
| 11/19/2021 | $3,000.00 |
| 11/22/2021 | $4,500.00 |
| 11/30/2021 | $3,747.20 |
| 12/6/2021 | $1,503.72 |
| 12/9/2021 | $3,000.00 |

| Date | Amount |
|---|---|
| 12/14/2021 | $3,500.00 |
| 12/22/2021 | $2,600.00 |
| 12/29/2021 | $2,147.20 |
| 1/18/2022 | $1,503.72 |
| 1/21/2022 | $3,000.00 |
| 1/24/2022 | $3,000.00 |
| 1/26/2022 | $2,600.00 |
| 1/28/2022 | $2,647.20 |
| 2/4/2022 | $1,503.72 |
| 2/16/2022 | $3,000.00 |
| 2/19/2022 | $3,000.00 |
| 2/21/2022 | $3,500.00 |
| 2/23/2022 | $4,747.20 |
| 3/21/2022 | $1,534.98 |
| 3/23/2022 | $3,000.00 |
| 3/24/2022 | $3,100.00 |
| 3/25/2022 | $2,600.00 |
| **Total** | $153,495.10 |