UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| TOP LINE GRANITE ) | Chapter 7 |
| DESIGN, INC., ) | |
| ) | Case No. 22-40216-EDK |
| Debtor ) | |
| ) | |
| ) | |
| STEVEN WEISS, Chapter 7 ) | |
| Trustee, ) | |
| ) | Adv. Pro. No. 24-40410-EDK |
| Plaintiff ) | |
| v. ) | |
| ) | |
| JEANNE D'ARC ) | |
| CREDIT UNION and ) | |
| EDMILSON RAMOS ) | |
| ) | |
| Defendants ) | |

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO
AMENDED ADVERSARY COMPLAINT**

Adversary Defendant Jeanne D'Arc Credit Union ("JDCU") requests an extension of time to respond to the Amended Complaint, from July 16, 2024, to July 23, 2024, on the basis that:

1. Paragraph 22 of the Amended Complaint references a "Schedule B" identifying the transfers at issue;

2. No "Schedule B" was appended to the Amended Complaint as received by Adversary Defendant Jeanne D'Arc Credit Union on July 2, 2024;

1

3. Adversary Defendant discussed the absence of the schedule with counsel for Plaintiff, who filed the missing schedule on July 16, 2024.

4. Adversary Plaintiff assented to this motion, which will prejudice no party.

Respectfully Submitted,

Adversary Defendant
Jeanne D'Arc Credit Union

By its Attorneys,

Dated: July 16, 2024

/s/ *Nora R Adukonis*
Nora A. Adukonis, BBO #676932
aduknois@litchfieldcavo.com
Litchfield Cavo, LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
T: (781) 309-1500
F: (781) 246-0167

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, this document was sent electronically to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ *Nora R Adukonis*
Nora R Adukonis