UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In re | ) |
| | ) |
| | ) Chapter 7 |
| TOP LINE GRANITE DESIGN, INC., | ) Case No. 22-40216-EDK |
| Debtor | ) |
| | ) |
| | ) |
| STEVEN WEISS, Chapter 7 Trustee, | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Adversary Proceeding No. 24-4010-EDK |
| | ) |
| JEANNE D'ARC CREDIT UNION, | ) |
| Defendant | ) |
| | ) |

MOTION TO APPEAR REMOTELY

Plaintiff Steven Weiss, Chapter 7 Trustee, hereby respectfully requests that he be permitted to participate in the pretrial conference in this proceeding remotely, either by zoom or telephonically. As grounds for this motion, the Plaintiff states as follows:

1.    The pretrial conference in this matter is scheduled for hearing on October 31, 2024 at 10:00 a.m.

2.    Enabling the Trustee's counsel to appear remotely will reduce the expenses being incurred by the estate.

Respectfully submitted,
For the Plaintiff,
STEVEN WEISS, TRUSTEE,
By his attorneys,

 /s/ Steven Weiss
Steven Weiss, BBO # 545619
Mark J. Esposito, BBO # 672638
Shatz, Schwartz and Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA 01103
(413) 737-1131
(413) 736-0375 (f)
sweiss@ssfpc.com
mesposito@ssfpc.com

Dated: October 30, 2024

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | Chapter 7 |
| TOP LINE GRANITE DESIGN, INC., | ) | Case No. 22-40216-EDK |
| Debtor | ) | |
| | ) | |
| STEVEN WEISS, Chapter 7 Trustee, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 24-4010-EDK |
| | ) | |
| JEANNE D'ARC CREDIT UNION, | ) | |
| Defendant | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, Steven Weiss, of Shatz Schwartz and Fentin, P.C., do hereby certify that on October 30, 2024, a copy of the of the foregoing **<u>Motion to Appear Remotely</u>** was mailed via electronic and/or first-class mail, postage pre-paid, to the following:

Jeanne d'Arc Credit Union
658 Merrimack Street
Lowell, MA 01854

Edmilson Ramos, Defendant
290 Massapoag Road
Tyngsborough, MA 01879

Nora R. Adukonis
Litchfield Cavo LLP
6 Kimball Lane
Suite 200
Lynnfield, MA 01940

/s/ Steven Weiss
Steven Weiss, Esquire