# EXHIBIT
# 1

**In the Matter Of:**

TOP LINE GRANITE DESIGN INC.

22-40216 (EDK)

---

**EDMILSON RAMOS**

*March 31, 2025*

---



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1              UNITED STATES BANKRUPTCY COURT

 2                 DISTRICT OF MASSACHUSETTS

 3

 4

 5  In Re:                       .
    TOP LINE GRANITE DESIGN INC., . Case No.: 22-40216
 6                               . (EDK)
                                 .
 7       Debtor.                 . Tyngsboro,
                                 . Massachusetts
 8                               .
                                 . March 31, 2025
 9                               .
                                 . 10:01 a.m.
10  . . . . . . . . . . . . . . . .

11

12                    DEPOSITION OF

13                   EDMILSON RAMOS

14              Taken by the Defendant

15

16

17

18

19

20

21

22           STEFANIE LOOMIS, CER-1870
             Esquire Deposition Solutions
23

24  Proceedings recorded by electronic recording;
    Transcript produced by transcription service.
25
```



1              APPEARANCES OF COUNSEL

2

3  On behalf of TRUSTEE, STEVEN WEISS:

4      MARK J. ESPOSITO, ESQ.
       SHATZ, SCHWARTZ AND FENTIN, P.C.
5      1441 Main Street
       Suite 1100
6      Springfield, Massachusetts 01109
       413-737-1131
7      mesposito@ssfpc.com

8  On behalf of JEANNE D'ARC CREDIT UNION:

9      JESSICA C. STUDSTILL, ESQ.
       LITCHFIELD CAVO, LLP
10     6 Kimball Lane
       Suite 200
11     Lynnfield, Massachusetts 01940
       781-309-1500
12     studstill@litchfieldcavo.com

13 Also present:

14     Luciana Oliveira, Accountant
       Richard Gaudreau, Attorney
15     Alec Ricker, Notary

16

17

18

19

20

21

22

23

24

25



1 prepare for your deposition?

2 A.    I know I have speaking very clear what we have to

3 talk in here.

4 Q.    What was that?

5 A.    I -- I not speak nobody because I know it, very

6 clearly, what you're going to talk about in here.  I

7 know what's going on.  I know what's -- I think it's

8 unfair what bankruptcy did to us -- to me.  Because I

9 pay my mortgage, and such time is paid by my own

10 payroll.  And such time come up for my CPA tell me he

11 can pay from Top Line.  And this is declaration in my

12 tax report.  It is not behind the words.

13     And I converse with him probably two weeks ago.

14 He said, Eddie, I did nothing wrong, I think it's --

15 the way they conduct your case is completely wrong.

16 All respect to Steven Weiss and Mark.  But if you -- I

17 take this money for distribution for you, end of the

18 month, so this I did.  I have a salary before for like

19 $3,200.  After deduction, I take home like $2,100, plus

20 the -- the company pay my mortgage, like for

21 distribution.

22 Q.    Okay.

23 A.    And this was all reported in my -- in my -- my tax

24 report.

25 Q.    Okay.  So I want to ask you some follow-up



1          MR. ESPOSITO:  Objection to the form.

2 BY MS. STUDSTILL:

3 Q.   Okay.  Well then, can you tell me how that loan

4 was used as it relates to Top Line?

5 A.   The 60 percent, the money, I -- I built the house,

6 and I pay off for myself, and the 60 percent, I'd spare

7 some money in Top Line.  And the rest, I finished the

8 house.

9 Q.   Okay.  I'm a little confused.  You're saying

10 60 -- you -- what are you saying about 60 percent?

11 A.   I did 60 percent of my own money.

12 Q.   For what?

13 A.   For the house.

14 Q.   For the house.  And then -- so how does that --

15 how does that relate to Top Line?

16 A.   So the 60 percent of the money, Jeanne D'Arc give

17 to me.  60 percent, I dispersed for Top Line.

18 Q.   So you're saying 60 percent of this $1.5 million

19 loan, you dispersed it to Top Line?

20 A.   That's correct.

21 Q.   Okay.  I'm going to ask you some more questions

22 about that later.

23 A.   Sure.

24          MS. STUDSTILL:  But for now I'm going to put

25 up Exhibit 2.  Hold on.  So this is Exhibit 2, and this



1 you.  And we're going to start with November of -- so

2 November 26th, 2019, you paid 8,169 --

3 A.    November 26th?

4 Q.    Of 2019, was the first payment, or the first

5 payment I'm going to talk about, from the Top Line

6 account to Jeanne D'Arc, okay?

7 A.    Go ahead.

8 Q.    So can you describe specific contributions or

9 benefits that your actions, services, or transactions

10 provided to Top Line during November of 2019?

11 A.    I can't remember.

12 Q.    Okay.  Were you working for Top Line in November

13 of 2019?

14 A.    Of course.

15 Q.    And what was your role at that time?

16 A.    What do you mean, as the role?

17 Q.    What were you doing for Top Line?  What was your

18 job?

19 A.    Oh, 2019.  I'm the owner of the company.

20 Q.    Okay.  So can you just tell me, then, what -- you

21 know, what you were doing for Top Line, what your job

22 duties entailed?

23 A.    Well, I get up at home, 5:00 in the morning, get

24 there, like, in 5:30, stay there till 9:00, 10:00 at

25 night.  Make sure all the jobs done perfectly, make



1 sure visit the customer, make sure I see the job site

2 as be okay, have a meeting with superintendents, have a

3 meeting with production people for nothing go wrong.

4 And yes, my day is like this all the time.

5 Q.   Do you remember -- and it's okay if you don't, I

6 know it was a long time ago, but do you remember

7 roughly how many projects Top Line had going on in

8 November of 2019?

9 A.   No.

10 Q.   Okay.

11 A.   You got -- Mr. Weiss have all the records for

12 this.  I don't have.  They take all the records from

13 us.

14 Q.   I know.  And like I said in the beginning, it's

15 fine if you don't know the answer to the question.

16 A.   Yeah, I know.  I don't know.

17 Q.   Yeah.  Okay.  That's fine.  So -- and you're going

18 to notice that my questions are going to get a little

19 repetitive around this topic.

20     So my next question, in regards to this $8,169.61

21 payment that you made, how do you justify making that

22 payment on your mortgage account from -- to Jeanne

23 D'Arc?  So I guess the question is --

24 A.   What -- what month, what -- what day?

25 Q.   This would be November -- November 26th of 2019.



1 so much inside, so I can't remember the details I give

2 to you, Miss.

3 Q.   Okay.  And when you were making these payments on

4 the mortgage, did you -- I guess my question is -- let

5 me reword that.

6 A.   Okay.

7 Q.   I think you testified earlier that you had been

8 told by your accountant that it was -- it was fine for

9 you to be making these payments to your -- to your

10 mortgage from the Top Line accounts?

11 A.   That's correct.

12 Q.   Okay.  And why did the -- did the accountant tell

13 you, sort of, why he thought -- or why that was his

14 opinion?

15 A.   Distribution the money.

16 Q.   Say that again?

17 A.   Distribution.

18 Q.   Distribution?

19 A.   Yes.

20 Q.   So what do you mean by that?

21 A.   It is the money (inaudible) Top Line pay me.  I

22 pay my mortgage and declare my tax.  If you check my

23 tax, all my tax, all this money Top Line pay.  The

24 mortgage is deductible, as I have in my tax report.

25 Q.   So are you saying it was your income?



1 A.   Yes.

2 Q.   Okay.  So am I to understand that instead of

3 paying yourself a salary from Top Line, you would pay

4 your mortgage from Top Line?

5 A.   Basically, advice from him, yes.

6 Q.   Okay.  So is it fair to say that this $10,128.92

7 in February would have been a reimbursement for that

8 amount of your salary?

9 A.   I -- I don't know.  I can't explain to there.

10 I -- it is a question, we have to talk to him about it.

11 Q.   Okay.  I'm just asking if that was your

12 understanding of what was happening.  If it's not, then

13 that's fine.

14 A.   Just the many -- many things that happened at the

15 time, I can't -- can't remember details.

16 Q.   Okay.  What was your salary at Top Line in

17 February of 2020?

18 A.   I don't know.  It's $3,200?  I don't know exactly

19 number.

20 Q.   Do you remember how much it was per year in 2020?

21 Or 2019 might be a better estimate, because I know 2020

22 is when things, sort of, stopped.

23 A.   I think it is 120, 150.  I don't remember.  I

24 can't tell you the details of that.

25 Q.   Okay.  Okay.  That's fair.  And then -- so now I'm



1 back in again in the 2022.  They are not part of Top

2 Line anymore.

3 Q.   Okay.  So is it fair to say then that when COVID

4 happened and every -- and Top Line's projects shut

5 down, they never sort of restarted again, right?

6 A.   No.  Because the -- the bankruptcy.  They're all

7 about it.  Because we're talking about million dollars

8 project, 500,000, 600,000, $700,000 projects.

9 Q.   Okay.

10 A.   They don't want to put a -- this amount of money

11 in a company maybe don't even complete the job.  So I

12 lose Top Line, lose the reputation everywhere.

13 Q.   Okay.  So then in looking at this list, which I

14 don't know if you can see it.  Can you see this?

15 A.   Yes.  I can see that.

16 Q.   Okay.  So what this says is from April 2020, so

17 this is April 2020, May 2020, June 2020, and July 2020,

18 that there was no payment from Top Line on the loan

19 from Jeanne D'Arc.

20      Does that track with your memory as well?

21 A.   I don't know.  I remember I did some from my

22 payroll receipt from Top Line, paid the mortgage from

23 the time.  I don't know which one it is.  I don't know.

24 Because not -- not much money come into the company.

25 Q.   Right.  So my question is -- I guess you sort of



1  answered it.  But my basic question is, why were you

2  paying the mortgage sometimes from Top Line and

3  sometimes from your personal account?

4  A.   When it'd be my personal account was the time of

5  COVID as my salary.  You can see the report I sent to

6  Mr. Weiss, probably have a hands on.  And when Top Line

7  have the money, Top Line paid the mortgage.

8  Q.   Okay.  I'm a little confused by that answer.  Is

9  what you're saying that the -- sorry.  Did you just say

10 that you were paying it out of your personal account

11 when Top Line didn't have the money to pay it?  Is that

12 what you said?

13 A.   Yes.

14 Q.   Okay.  And when Top Line did have money to pay it,

15 you would pay it through Top Line?

16 A.   That's correct.

17 Q.   Okay.  So then in September of 2020, it's paid

18 $10,377.30?

19 A.   September?

20 Q.   Yeah.  September -- actually, it looks like two

21 payments in September, both for $10,377.30.

22      So do you remember --

23 A.   July, September.

24 Q.   Do you remember what work you were doing for Top

25 Line in September of 2020?



1 A.   Like I said, Miss, for three times I'm going to

2 answer the same time, I never left Top Line since end

3 of 2022.

4 Q.   I understand that.  My question is, do you

5 remember what was going on with Top Line in September

6 of 2020?  Meaning did you still have active projects

7 that were ongoing?

8 A.   We still finished the project with collected money

9 for deposit.  We finished those -- all the projects

10 will be delivered to the owners in meantime in 2022.

11 Q.   Okay.  So is what -- correct me if this is not

12 accurate.  But is what you just said that, even though

13 COVID was happening, you still had projects ongoing in

14 September --

15 A.   Yes.

16 Q.   -- of 2020?

17 A.   That's correct.

18 Q.   And that you were working to collect payments for

19 those projects?

20 A.   That's correct.

21 Q.   Okay.  Do you recall how much those projects were

22 paying the business in September of 2020?

23 A.   I don't have those records.  I can't remember.

24 Q.   Okay.  Do you know who would have those records?

25 A.   Mr. Weiss have all those records.



1 Q.   Okay.  And those would be, I'm assuming, Top

2 Line's business records, right?

3 A.   Yes.  Everything is in -- in QuickBooks and --

4 Q.   Okay.

5 A.   -- Mr. Weiss take all the information from us

6 after they tell me leave the building, and I don't have

7 anything from that point.

8 Q.   Okay.  So then similarly, in October of 2020,

9 there's another payment made on the mortgage of

10 $10,377.30.

11 A.   Uh-huh.

12 Q.   And is it fair to say that you were doing the same

13 type of work during this time --

14 A.   Yes.

15 Q.   -- in terms of projects that were ongoing?

16 A.   Yes.

17 Q.   Okay.

18 A.   The job is -- is like a -- every day is more same

19 time.  We see the customer, see the satisfies, check

20 inside the companies what jobs we carrying.  Try cut

21 back in overtime.  Try see what's immediately job we

22 had to deliver.  So if you don't have necessary to

23 deliver the job in three days, I cut back for overtime.

24     I was command the company.  So I don't know if you

25 understand.  If you own the company yourself, you have



1 to jump everywhere.  You're going to jump into

2 production, financial department.  You jump in the

3 customer.  You -- you jump in for installation,

4 everywhere.  It's the same every day.

5 Q.   Yep.  No.  I understand.  And just to be clear, I

6 know this feels like I'm asking you the same thing over

7 and over again.  But it's because, for each of these

8 payments, I'm trying to figure out this information.

9 So I know -- I don't want to be here asking you all

10 these questions either, okay?  I know it's tedious and

11 it's boring.  I'm going to try to get through it as

12 quickly as I can.

13 A.   No.  Don't worry about it.  I'm in here for this.

14 Q.   And just because we all might know the answer to

15 the question, we still need it recorded on the

16 transcript.  So that's why it feels like I am asking

17 you the same question over and over again.

18 A.   No.  I tell you -- I'm going to keep you --

19 telling you the same question.  I feel like stupid

20 myself.

21 Q.   No, no.

22 A.   (Inaudible).

23 Q.   Not at all.  This is just, you know -- this is

24 just how it goes sometimes.

25 A.   Okay.



1  Q.   Okay.  So besides sort of working on the projects

2  that were ongoing for Top Line, I guess during this

3  time, which now I'm talking about October of 2020, were

4  you still sort of doing the other type of work that you

5  discussed earlier like sourcing materials and doing the

6  retail side as well?

7  A.   What time?  What -- what the time?  What the

8  dates?

9  Q.   In October 2020?

10  A.   Yes.

11  Q.   Okay.  Did the retail portion of the business ever

12  stop because of COVID?

13  A.   It slowed down.  Like I said, it was 5 percent,

14  probably 2 percent.

15  Q.   Okay.  And were you able to still have people

16  coming to the warehouse for the retail stuff during

17  COVID or were you not able to do that at a certain

18  point?

19  A.   I able to do that.

20  Q.   You were not able to do that?

21  A.   No.  I able to there.

22  Q.   Okay.  So then is it fair to say that for all of

23  2020, people could still come to the location to

24  purchase countertops through retail?

25  A.   That's correct.



1 breakdown because we don't have the money.  Whatever

2 money coming into the company, we try to survive

3 everybody.  That's all.

4 Q.   Okay.

5 A.   You're going to see this in November, same thing.

6 December, same thing.

7 Q.   Okay.  And in November, was the work you were

8 doing for Top Line similar to the work that it was

9 in --

10 A.   Yes.

11 Q.   -- October of 2020?

12 A.   Yes.  Correct.

13 Q.   Okay.  And then December is -- now I'm in December

14 2020, still on Page 2 of Exhibit 4.  The total payment

15 that month was $10,377.30.

16 A.   Which one?  What -- what do you --

17 Q.   This is December 2020.

18 A.   Yeah.

19 Q.   Okay.

20 A.   Same thing in November.

21 Q.   Right.  Had anything changed in the business

22 significantly between October -- from October 2020 to

23 December of 2020?

24 A.   The COVID, I tell you.

25 Q.   But did that change happen in October or was that



1 and truly.

2 Q.    Yeah.   No.   I appreciate that.   You don't need to

3 apologize.   Okay.   I'm back on Exhibit 4.   Now I'm on

4 Page 15.   So this is January of 2021.

5 A.    Uh-huh.

6 Q.    The total payment that month was $10,377.30.

7 A.    February '21.   One second.   Let me -- one second,

8 please.

9 Q.    Yep.

10 A.    Okay.   Go ahead, please.

11 Q.    Okay.   Was the work you were doing for Top Line

12 the same that we've already been talking about in

13 January of 2021?

14 A.    Yes.

15 Q.    Okay.   And do you recall if you were bringing in

16 any new projects during this time?

17 A.    I can't remember.

18 Q.    Okay.   Do you remember whether, after COVID

19 started -- you know, I understand it was slow and

20 things really slowed down.   But were you still getting

21 new projects after COVID started at all?

22 A.    I signed two projects and they're denying it, I

23 find out.   I called them.   I said, listen, I'm going to

24 be honest with you guys and you my customer for a long

25 time.   If you guys don't -- don't understand, I agree



1 A.   I build my life for build this company and build

2 these houses.  I give my heart, my -- I'm sorry.  Go

3 ahead.

4 Q.   That's okay.  Well, let's -- let me ask you

5 some -- I want to ask you some specific questions about

6 your specific work you did for Top Line, okay?

7 So -- and specifically I want to ask you about tasks

8 that you would do on a daily or almost daily basis

9 okay?  So --

10 A.   That's fine.

11 Q.   So I think you said earlier that your day started

12 at -- typically at 5:00 a.m.?

13 A.   That's correct.

14 Q.   Okay.  And what would be the first thing you would

15 do upon starting your day in terms of work?

16 A.   I -- I check all the machines, see if have a

17 grease, check the compressor.  I review the job as did

18 before because sometimes I leaving at 9:00.  People

19 stay work in the second shift over there.  I check

20 before all the installation leaving if be correctly

21 done, stuff like that before hit the street.

22 Q.   Okay.  So is it fair to say that in the morning

23 when you arrived to the location, you would check the

24 machines?  I think you said all the machines and the

25 compressor to make sure they were working properly?



1 A.   That's correct.

2 Q.   Okay.  What else --

3 A.   And I check -- I check all the jobs in the table

4 before get -- get in the truck, if the job is cut

5 right.  Sinks cut right, faucets right, and stuff like

6 the polishment is right.  That kind of stuff.

7 Q.   Okay.  So when you said you checked the jobs, do

8 you mean that you would check the countertops that were

9 being manufactured to go out for delivery?

10 A.   Yes.

11 Q.   Okay.  So you were doing sort of quality control

12 for the products that would be --

13 A.   I have a person do the quality control, but always

14 I like to double check myself.

15 Q.   Okay.  And you would check them before they got

16 sort of loaded onto the truck to be delivered?

17 A.   Yes.

18 Q.   Okay.  What else would you do?

19 A.   Then my day started.  We have a meetings to

20 everybody.  Explain situation, the company, how much

21 you have to make it, how -- how much you have -- how

22 many square feet we need to produce for break evening.

23 Tell the people -- most of the time -- oh, at least two

24 times a week, I have a meeting with all the employees

25 in production.



1      Then I have a meeting with all the employees and

2  the salesperson for not selling below the price because

3  they -- they make commission or about they sell below

4  for just get commission.  Then I check in the finance

5  department with our situation, how we do? What do we

6  have coming?  What do we have to pay?

7      And unfortunately, the last -- after COVID, due to

8  the COVID, we have more bills and less money coming in.

9  And I stay a lot, call the people, we are going to pay

10 this day.  We going to pay this time.  Always -- always

11 I -- I keep my promise, but basically the money come

12 in.

13 Q.   Okay.  When you say you were calling people, do

14 you mean you were calling the customers to make

15 sure --

16 A.   The vendors.

17 Q.   The vendors.  Okay.  So you were --

18 A.   I call the vendors and I -- and I call the

19 customers to get money.  They owe the money.  Rest pay

20 me 30 days.  I give 1 percent or 2 percent discount if

21 he can cut the check before.

22 Q.   So you were contacting the vendors and the

23 customers to make sure they were paying you, right?

24 A.   Yes.  That's correct.

25 Q.   Okay.  And then I think you said too, that you



1 And I not able to buy from China and they have to bring

2 the price up.

3      So this is 2018, 2019.  2018 is the best year for

4 Top Line, because I ordered this work together.  Buy

5 everything from China.  Quartz.  Quartz.  Never put in

6 a house, by the way.  Not even you and Mr. Mark.  It

7 was a product with the synthetic material, all the

8 chemicals, all the stuff I see through the material.

9 My God.  My guys cut this stuff inside the shop.  It's

10 smelling so bad.  I have to give a meal to everybody

11 who (inaudible) to the product.  And -- but that's the

12 one everybody want.  All architects want.  Light stuff,

13 easy to clean, that kind of stuff, you know?

14      But we get -- we get very good, 2018.  I think

15 it's 2018, the company hit $14 million.

16 Q.   And you were the only person for Top Line who was

17 sourcing material, right?

18 A.   Exactly.

19 Q.   Okay.  And --

20 A.   To buy all the product and as myself.  I don't

21 trust people buy.  Because I understand a lot about the

22 product.

23 Q.   Okay.  When you were -- when Top Line was still

24 operating, were you at all supervising the jobs that

25 they were working on offsite?



1 A.   Yes.

2 Q.   Okay.  And how often were you --

3 A.   Customer -- customer like see your -- yourself

4 over there.  The owner of the company show up and over

5 there, the customer very satisfied.  Everywhere.  If

6 you have something in your house, you like the owner

7 come up, you'd be more -- you feel more better versus

8 employee just in your home.

9 Q.   So how frequently would you visit job sites?

10 A.   Every day.

11 Q.   And how many jobs -- when Top Line was, you know,

12 operating at full capacity, how many jobs would they

13 have going at one time?

14 A.   I think sometimes I don't make all the jobs

15 because sometimes there a lot of explanation.  How are

16 we going to be?  How are we going to bring like in 40

17 kitchens to -- to eight floors?  By the elevator?  Use

18 a crane?  Take a time.  Every time you have a crane

19 involved, I thought about some accident cannot happen

20 because can kill anybody.  And I was there -- maybe

21 sometime I'd spend all day over there.

22      But sometimes a light job just show up in one or

23 two, three kitchens, or five kitchens.  I just thought

24 the superintendent's job, everything will be okay.  The

25 previous installation is fine.  Then I'm moving



1 forward.

2 Q.    Okay.

3 A.    I give my heart and my life for this company.

4 Q.    Yeah.  I think that's clear, to me at least.

5 Okay.

6       So besides all the other things we just talked

7 about in terms of your work day to day, is there

8 anything else you were doing on a day-to-day basis that

9 I haven't asked you about?

10 A.   I was checking the -- how much money you going to

11 bill them out.  I was checking for the prices are

12 right.  Sometimes some customer have some complaints, I

13 have explained.  Is wall off-level, the gap in the back

14 splash, and the kind of stuff.  I have to go talk to

15 customer, explain to him.  Bring the back splash, show

16 him how they have to do.

17      And the -- sometimes there's a lot of complaints.

18 Why you don't put a silicon in the -- in the gaps?  I

19 said, I can't put a silicone because you want to put a

20 silicon.  Your paint -- you're going to paint.  I'll be

21 honest with you.  If you want I can have my guy do

22 there, but you're going to broken the paint in three

23 months.  You're not going to be happy to me at all.

24 So it's better to have your paint and -- caulk and

25 paint the same color for the walls.  It's better for



1 you, but it's your choice.  I just be here for explain

2 to you what's better for -- for you -- for your own

3 benefits.  A lot of this will happen all the time.

4 Q.   Right.  Did you have any specific employees that

5 were hired for customer service or was that sort of all

6 of you?

7 A.   No.  I have a -- I have a person for --

8 Q.   For customer service?

9 A.   Yes.  And for customer service and checking

10 operation also all day long.

11 Q.   Okay.  And so in addition to those employees, you

12 were also checking on the jobs and fielding customer

13 service complaints from time to time, right?

14 A.   Well, put it this way.  Some people come for the

15 tractor -- tractor machines.  Some people would be like

16 on a -- a train.  For being one of the components is

17 for the train.  So I -- I prefer check myself because I

18 immerse myself.  Somebody call me and said, you did a

19 better job.  Terrible job.  I have a name on -- Top

20 Line represent my name.  Always -- always represent my

21 name.

22 Q.   Yeah.  So ultimately, what you're saying is that

23 you felt like any problem that happened with Top Line

24 would fall back on you.  So you were the one

25 responsible for making sure everything ran smooth?



1 A.    Well, I have a people could do there.  But
2 sometimes it is the problem -- big problems, I feeling
3 the customer feel better talk to myself.
4 Q.    Right.  Okay.  So everything that we just
5 discussed in terms of your day-to-day job
6 responsibilities and tasks, okay, that's sort of what
7 I'm asking when I continuously ask you, is this the
8 type of work you were doing in this -- during this
9 time, okay?
10 A.    Yes.
11 Q.    So everything we just talked about, that's what
12 I'm referring to.
13 A.    Okay.
14 Q.    All those different things you were doing for Top
15 Line, okay?
16 A.    No worries.
17 Q.    Okay.  Let me share my screen again.
18 A.    Uh-huh.
19 Q.    So now we're in February of 2021, okay?
20 A.    Uh-huh.
21 Q.    Do you have any specific memory about what was
22 going on with Top Line in February of 2021?  And what I
23 mean by that is sort of, did you still have ongoing
24 projects?  Was the business still in operation at this
25 time?



1 A.   The business in operation this time.

2 Q.   Okay.  Do you recall if there were any projects

3 that were still ongoing during this time?

4 A.   NEI project.

5 Q.   NEI?

6 A.   Yes.

7 Q.   And where was that project based out of?

8 A.   Based in Somerville.

9 Q.   Somerville?

10 A.   Uh-huh.

11 Q.   And do you remember how much that job was worth?

12 A.   I think it's about over $300,000.

13 Q.   Okay.  Do you remember when that job -- are you

14 saying that job started in February 2021, or it was

15 ongoing in February of 2021?

16 A.   Ongoing.

17 Q.   Okay.  Do you remember when that job started?

18 A.   I think the job start the same -- the first month

19 for 2021.

20 Q.   In January?

21 A.   Uh-huh.

22 Q.   And who secured that job?  Was it you?

23 A.   Yes.

24 Q.   Okay.  Do you remember when that job ended?

25 A.   The job end -- they're a very slow job, because is



1 -- is nursing building, all the people over, like, 80

2 years old cared very carefully inside the house.  They

3 choose us because my customer service, I was there all

4 the time, and because the COVID had very carefully

5 addressed properly.  The kind of stuff is in and out

6 job, I remember there.  So the job is -- I think is in

7 2000 -- beginning 2022.  In December 2021 or the first

8 the year for '22.

9 Q.   Okay.  If not for you working for Top Line, would

10 Top Line have secured that job with NEI?

11 A.   If you not work for Top Line?

12 Q.   I'm saying if you had not sort of secured this job

13 for Top Line, would Top Line have gotten this job?

14 A.   No.

15 Q.   No.  Okay.

16 A.   No.

17 Q.   And did they pay their bill in full to Top Line;

18 if you can recall?

19 A.   Is the in progress job that I asked them, okay,

20 not finish, wait for finish.  I can't wait to finish a

21 job.  Cannot -- not the bank.  I remember that the

22 conversation supervisor say, Ed, I will not do this,

23 but technically do requisition, and takes 60 days to

24 get paid first paycheck.  He said, listen, I help you

25 guys.  You guys help me out.  I like you guys.  Pay me



1  at least in every 15 days or 20 days.  He said they're

2  going to talk to the owner.  We go from there.  He said

3  they agree to pay every 15 days.

4  Q.    And they did pay you, right?

5  A.    Yes.

6  Q.    Okay.  Okay.  So now we're in March of 2021, and

7  I'm on Page 15 of Exhibit 4.  So that is -- the payment

8  that month on the mortgage was $10,125.05.

9       Besides this NEI job, do you recall any other jobs

10 that were ongoing in March of 2021?

11 A.    Yeah.  They have, like, a builders.  They have

12 some little retail.  I can't remember we have other

13 projects going at the time.  I cannot remember.

14 Q.    That's okay.  By the builder, you mean a builder

15 came to purchase from retail?

16 A.    We have 2,000 listed customer.

17 Q.    Okay.

18 A.    So there's a lot of customer.

19 Q.    Right.

20 A.    It don't do -- builders doing, what, maybe three

21 or four houses during the year.  We have four

22 countertops from this building, one for this building,

23 and another building.  And I try to do my best I can,

24 my customer service to them.

25 Q.    Okay.  So you were trying to sell him the



1 countertops he needed during this time?

2 A.    Actually, they're -- they're buying direct to me,

3 because the customer service will handle it.  We have

4 the material.  We have good customer service.  Always

5 take care of the customer very good inside showroom.

6 They like that.

7 Q.    Right.  So in March of 2021, you recall that there

8 was still retail operating?

9 A.    Yes.  And we have a couple kitchen dealers work

10 with us.  They bring the revenue about $70,000, some;

11 some 20,000, some 30,000.

12 Q.    And that was during 2021?

13 A.    Yes.  Correct.

14 Q.    Okay.  And who was responsible for those sales in

15 terms of Top Line employees?  Was it you or someone

16 else?

17 A.    No.  Someone else.  Each person have their own

18 account and I just to provide the accounts.

19 Q.    Okay.  And who -- who sort of brought those

20 accounts into Top Line originally?

21 A.    Mostly myself.

22 Q.    Okay.

23 A.    Some companies were with me for 15 years, 10

24 years, so.

25 Q.    All right.  So now we're moving into April of



1 2021.  The total amount paid to the mortgage that month

2 was $11,247.20.

3 A.    Uh-huh.

4 Q.    Other than what we've already talked about,

5 meaning the NEI job and the retail, do you recall any

6 other types of projects or jobs that Top Line had in

7 April of 2021?

8 A.    I can't remember.  Only thing I tell you, I forgot

9 to mention before, the kitchen dealers is look a lot of

10 help for us.  Basically, I pay the payroll from the

11 kitchen dealers and the builders and the retail.

12 Q.    So then the kitchen dealers, those would be like

13 wholesale accounts, right?

14 A.    Wholesale.

15 Q.    Or were they -- wholesale.  Right.

16 A.    Yes.

17 Q.    They wouldn't -- they wouldn't be paying retail

18 price?

19 A.    They don't pay retail price.

20 Q.    Right.  But obviously you would still make money

21 on that transaction for Top Line?

22 A.    Yes.  There's not much money.  For just keep

23 lights on and going.  Have a jobs going on.  So wait

24 for project (inaudible) and then we can make more

25 money.



1 A.   Maybe have -- maybe had some other small jobs, but

2 I can't remember.

3 Q.   That's okay.

4      And the small jobs that you may have had, who was

5 responsible for getting those clients?  Would that be

6 you or someone else at Top Line?

7 A.   Someone else on Top Line.

8 Q.   Okay.  Who would that be?

9 A.   Brett, Marcello.

10 Q.   And what was their role?  Were they salespeople or

11 what was their job?

12 A.   They're salesperson.

13 Q.   And who supervised them?

14 A.   They're their own supervise, that I tell you

15 before.

16 Q.   So if they had an issue or something and they

17 needed to go to somebody higher up than them, who would

18 they go to?

19 A.   Come to me.

20 Q.   Okay.  And again, during May of 2021, you were

21 still doing all the same work we already discussed

22 previously, right?

23 A.   Yes, Miss.

24 Q.   Okay.  Okay.  So now we're into June 2021.  The

25 total amount paid to the mortgage is $11,247.20.



1     I guess a side question.  These amounts you were

2 paying on the mortgage, were you paying sort of the

3 minimum you had to pay or were you paying additional on

4 the mortgage?

5 A.   I don't know why, but the bank send me this kind

6 of money, and we check later, they send it wrong, and

7 they give me credit for overpay.

8 Q.   Okay.  So my question was, were you paying sort of

9 the minimum payment that was required each month on

10 this mortgage?

11 A.   Yes.

12 Q.   Okay.  You weren't paying anything additional?

13 A.   No.

14 Q.   Okay.  Do you remember if anything changed in

15 terms of Top Line's projects or business generally in

16 June of 2021, or was it about the same as it was?

17 A.   Same as it was.

18 Q.   Okay.  In July of 2021, the total amount paid was

19 $11,247.20.

20     And once again, you were still doing all the same

21 work for Top Line during that time, right?

22 A.   Correct.  Yes.

23 Q.   Okay.  Do you remember anything specifically about

24 July of 2021 in terms of jobs or retail, anything like

25 that?



1 A.    No.  It was keep status.

2 Q.    Okay.  So you were just responsible for sort of

3 managing the ongoing projects?

4 A.    Exactly.

5 Q.    Okay.  In August 2021, again, the total paid --

6 and again, I'm still on Exhibit 4, Page 15.  The total

7 was $11,247.20.

8 A.    That's correct.

9 Q.    Do you recall anything different or notable about

10 August of 2021 in terms of -- in terms of Top Line's

11 operations during that time?

12 A.    Stay status.

13 Q.    The same thing?  Okay.

14 A.    Uh-huh.

15 Q.    And just to clarify, you know, for all these

16 payments we've talked about, is it still fair to say

17 that you sort of saw these payments as reimbursement to

18 yourself for services or salary?

19 A.    That's correct.

20 Q.    Okay.  And so is it your position that whatever

21 payments you were paying on the mortgage, you were sort

22 of just reimbursing yourself money you had put into Top

23 Line?

24 A.    No, it's not reimbursed.  I'm sorry if I answered

25 wrong.  My CPA put a distribution money.  Distribution.



1 Q.   Your CPA put it as a distribution?

2 A.   Yes.

3 Q.   Okay.  And what do you mean -- what do you mean by

4 that?  What -- what does a distribution mean?

5 A.   This just mean like how much the company's

6 supposed pay to me.

7 Q.   Like for your salary?

8 A.   Distribution, for commission, salary, everything.

9 Q.   Did you make a commission in addition to your

10 salary?

11 A.   No.

12 Q.   Okay.  So then how would this payment have been

13 for commission?

14 A.   No.  I disperse the commission.  I suppose to get

15 commission and jobs.  I give up the commission.  Come

16 like salary.

17 Q.   So it was just for your salary then?

18 A.   Uh-huh.

19 Q.   Okay.

20 A.   I can remember the time when it was $40 million

21 for 2018, then we dropped for 7 million, 8 million.

22 Q.   Okay.  So if I were to go look at Top Line's

23 financials, you wouldn't have been paid an additional

24 salary during this time, right?  Because you're saying

25 that these payments to the mortgage were your -- in



1 changed.  That's it.

2 Q.   Okay.  So was this talking to existing customers

3 or were you trying to bring in new customers during

4 this time?

5 A.   Existing customers.

6 Q.   Okay.

7 A.   Because the rumors that go around, Top Line are

8 going to be shut down.

9 Q.   Okay.

10 A.   So I started to see more customer, give my face to

11 them, say now we're stronger.  We're okay.  You guys

12 are going to be okay.

13      They have one job, ask us for put a bond on for

14 insurance.  I forget.  I think NEI job, they ask us for

15 put some bond on -- on one -- one of those jobs we

16 finish.  We're supposed to get the job, but they make a

17 decision, because the time they push the trigger for

18 the job, same thing, I tell them, I'm going to get into

19 bankruptcy.  I'm not yet, but they're going to sign

20 off, the company, bankruptcy.  You guys trust me. I

21 really appreciate.

22 Q.   And during this time in September 2021, when you

23 were talking to your existing customers, do you

24 remember if any of them pulled out from Top Line?

25 A.   Yes.



1 Q.   They did?

2 A.   Uh-huh.

3 Q.   Do you remember sort of how many customers that

4 that happened to during this time?

5 A.   Dellbrook Construction, Columbia Construction,

6 Norfolk Construction.  All -- mostly all the staff,

7 because the -- first of all is the COVID, but I try

8 sign the jobs for after COVID, because take one year

9 for get the projects.  If I do projects now, I send my

10 price, and I'll wait for another year to make sure the

11 project going to be okay, that if we get the project or

12 not, and then take another six months, we start.  Year

13 and a half, we start one project, so we have to be

14 ahead.  Prepare for now for get the job after one year,

15 one -- 18 months after.

16 Q.   Okay.  During this time, do you remember if Top

17 Line had any money coming in from projects?

18 A.   I can't remember.

19 Q.   Okay.  And again, that would be information that

20 would be contained within the QuickBooks records,

21 right?

22 A.   Yes.

23 Q.   Okay.  Okay.  October 2021, total amount paid was

24 $11,247.20.

25      Do you recall if anything significant changed in



1 October of 2021?

2 A.    No.

3 Q.    Okay.  Do you recall whether things got worse in

4 October of 2021, or were they about the same as the

5 month before?

6 A.    Yes.  Because at the time, all the jobs is shut

7 down in Boston, during the COVID time.

8 Q.    Okay.

9 A.    This would be worse, because all the jobs -- some

10 jobs start shut down beginning of '21.  Some jobs go to

11 July.  Some jobs to the end is completely shut down.

12 Q.    Okay.  So now we're into November 2021.  Total

13 amount paid was $11,247.20.

14     Were you still doing sort of all of your tasks for

15 Top --

16 A.    Yes.

17 Q.    -- Line during this time?

18 A.    Yes, Miss.

19 Q.    Okay.  Do you recall -- I mean, besides the NEI

20 job, which I think you said would've still been ongoing

21 during this time, was there any other jobs that you

22 recall that were still ongoing that you were sort of

23 working on?

24 A.    I can't remember.  I can't remember.

25 Q.    Okay.



1 Q.    And do you know Marcello's last name?

2 A.    Araujo.

3 Q.    Okay.  So if I wanted to figure out what jobs were

4 ongoing throughout the year of 2021, would that

5 information be in the QuickBooks records?

6 A.    Yes.  Everything we do by QuickBooks.

7 Q.    Okay.  Okay.  So now moving on to December 2021,

8 total amount paid on the mortgage was $11,247.20.

9      Do you recall if anything changed in December of

10 2021?

11 A.    No.

12 Q.    No.  And again, you were still doing all the same

13 type of work for Top Line during that time, right?

14 A.    Exactly.

15 Q.    Okay.  So now -- okay.  Now I'm going to go to

16 Exhibit 5.  This is Exhibit 5.

17      So now we're into 2022.

18 A.    Uh-huh.

19 Q.    So can you see this?  I can make it bigger.

20 A.    No, I see.  I have it here in my hands.

21 Q.    Okay.  So January 28th of 2022, it looks like

22 $2,647 was paid towards the mortgage?

23 A.    Yes.

24 Q.    And do you recall why you only paid that amount in

25 January of 2022?



1 get -- your payroll didn't go down when the mortgage

2 payment got paid, you just -- you had your payroll and

3 then on top of that, there were distributions when

4 money was available; is that correct?

5 A.    That's correct.

6 Q.    And during the time that you were -- so from 2019

7 to the present, let's say, Top Line, a lot of the

8 revenue came from your customers, right, because you

9 were doing a lot of work and you were --

10 A.    One hundred percent.

11 Q.    But then you also -- when Top Line was having

12 financial trouble, it was also taking out loans from --

13 from merchant cash advance companies, correct?

14 A.    Yes, correct.

15 Q.    And then Mr. Testa was -- was supplying, like, a

16 lot of money to Top Line during this time period,

17 right?

18 A.    Well --

19 Q.    Like millions of dollars?

20 A.    How much?

21 Q.    Millions from John Testa?

22 A.    No.  I don't think a million of dollars.

23 Q.    Okay.

24 A.    What happened, Mr. John Testa, I know him for a

25 long time and he's my customer, doing business with to



1 us for a long time, too.  And sometimes money come in,

2 take about 30 days.  I asked him for -- to advance

3 money to me the time I -- check arrive and I pay him

4 back.  So --

5 Q.   So you want to --

6 A.   -- he want to try -- he try help survive Top Line

7 big time.

8 Q.   And so you were getting short-term loans from Mr.

9 Testa and that you were then paying back as quickly as

10 you could or when --

11 A.   Yes.

12 Q.   -- the funding came in?

13 A.   Yes.

14 Q.   The money that was being used to pay your

15 mortgage, was all of that coming from customers or was

16 some of that coming from the -- the merchant cash

17 advance contracts and Mr. Testa?

18 A.   No.  Come from Top Line, is the diverse thing you

19 use the money for pay bills.  Because this point is --

20 we started to slow down, the time they started to loan

21 the money to us.

22 Q.   Right.  But -- so the money that was getting

23 loaned to Top Line, some of that money was then getting

24 used to pay --

25 A.   Payroll, supply, (inaudible) --

