**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **In re** | ) | |
| | ) | **Chapter 7** |
| **TOP LINE GRANITE DESIGN, INC.,** | ) | **Case No. 22-40216-EDK** |
| Debtor | ) | |
| | ) | |
| | ) | |
| **STEVEN WEISS, Chapter 7 Trustee,** | ) | |
| Plaintiff | ) | |
| | ) | |
| **v.** | ) | **Adversary Proceeding No. 24-4010-EDK** |
| | ) | |
| **JEANNE D'ARC CREDIT UNION,** | ) | |
| **EDMILSON RAMOS** | ) | |
| Defendants | ) | |
| | ) | |

## CERTIFICATE OF SERVICE
## NOTICE OF HEARING

I, Steven Weiss, of Shatz Schwartz and Fentin, P.C., do hereby certify that on May 21, 2026, a copy of the of the foregoing **Notice of Continued Hearing on June 11, 2026 at 12:30 PM regarding Defendant's Motion to Strike Addendum and to Preclude Late-Disclosed Testimony and Documents** was mailed via electronic and/or first-class mail, postage pre-paid, to the following:

Edmilson Ramos, Defendant
290 Massapoag Road
Tyngsborough, MA 01879

Nora R. Adukonis
Jessica Studstill
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940

/s/ Steven Weiss
Steven Weiss, Esquire

5/19/2026 GRANTED. THE HEARING OF 6/4/2026 IS CONTINUED TO 6/11/2026 AT 12:30 PM. THE CONTINUED HEARING WILL BE CONDUCTED TELEPHONICALLY. PARTIES MAY PARTICIPATE BY DIALING 646-828-7666, AND ENTERING MEETING ID 160 580 6834, AND USING PASSCODE 767 325 WHEN PROMPTED.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

|  |  |
|---|---|
| In re )<br><br>TOP LINE GRANITE DESIGN, INC., )<br>         Debtor ) | **Chapter 7**<br>**Case No. 22-40216-EDK** |
| STEVEN WEISS, Chapter 7 Trustee, )<br>         Plaintiff )<br><br>v. )<br><br>JEANNE D'ARC CREDIT UNION, )<br>EDMILSON RAMOS, )<br>         Defendants ) | **Adversary Proceeding No. 24-4010-EDK** |

### PLAINTIFF'S MOTION
### TO CONTINUE HEARING

Plaintiff Steven Weiss, Chapter 7 Trustee, hereby respectfully moves that the hearing on the Defendant's Motion to Strike Addendum and to Preclude Late-Disclosed Testimony and Documents [ECF No. 73, the "Motion to Strike"] be continued. In support of this request, the Plaintiff states as follows:

1.    The Motion to Strike was filed on May 15, 2026; the Court has set a hearing on the Motion for June 4, 2026.

2.    The Trustee will be out of the country on that date, and not able to participate in the hearing, and returning on June 6th. There is another matter in the Debtor's case scheduled for June 11, 2026.

3.    The Trustee therefore requests that the hearing be continued to the following week.